SCWC-11-0001012

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

NANCY HARRIS,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0001012; CR. NO. 07-1-405)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Defendant-Appellant Nancy Harris' application

for writ of certiorari filed on September 16, 2013, is hereby

rejected.

DATED: Honolulu, Hawaiʻi, October 28, 2013.

Gary Zamber,                    /s/ Mark E. Recktenwald
for petitioner
                                /s/ Paula A. Nakayama
Anson Lee,
for respondent                  /s/ Simeon R. Acoba, Jr.

                                /s/ Sabrina S. McKenna

                                /s/ Richard W. Pollack

